## Commonwealth *v.* Saunders, Appellant.

Submitted March 17, 1975. *Joshua M. Briskin,* for appellant; *Flora E. Roomberg, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Scarlett, Appellant.

Submitted March 10, 1975. *William H. Saye,* Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.